IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

EXHIBIT A

| | | |
|---|---|---|
| DALIO HOLDINGS I, LLC<br>　　Plaintiff, | § § § § § | |
| v. | § | CIVIL ACTION NO.4:18-CV-01882 |
| | § § § | |
| WCW HOUSTON PROPERTIES, LLC<br>　　Defendant. | § § | |

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF HARRIS | § |

### DECLARATION OF ATTORNEY U.LAWRENCE BOZE'

1. "My name is U. Lawrence Boze'  I am over the age of 18 years, of sound mind and capable of making this Declaration. All the facts stated in this Declaration are within my personal knowledge and are true and correct.

2. I am the recently substituted attorney in charge for Plaintiff Dalio Holdings I,LLC in the above styled and numbered cause of action. As the recently substituted attorney in charge for Plaintiff Dalio Holdings I,LLC  I have had to review voluminous documents and pleadings to prepare and file  Plaintiff's Reply to the Response of Defendant WCW Properties, LLC'S Response to the First Amended Motion For Summary Judgment  of Plaintiff that had to be filed by April 27,2020. I prepared this Reply for  filing on the night of April 27,2020 and

        to my shock I could not find the tablet kept by my secretary in her office that had my ECF ID No. and password to file this Reply in the Southern District of Texas.

3. Because of COVID-19, I have had to let my staff and secretary go and repeated attempts to contact my secretary at her home to ask her where the tablet was with my ECF ID No. and password to file this Reply in the Southern District of Texas were unsuccessful. I could not contact PACER or the Southern District of Texas help desk because it was after 6:00 p.m. and their respective offices were closed. Attempts to locate another attorney to file the Reply were also unsuccessful.

4. I am asking the Court to grant my motion for leave for good cause to file the Reply one day late on April 28,2020.I do not believe that the Defendant will be prejudiced by this one day request for an extension to file the Reply and this request for leave for a one day extension to file the Reply is not for purposes of delay but so that justice will be accorded to all parties in this action.

5. I, U.Lawrence Boze' declare, certify, verify and state under penalty of perjury that the foregoing is true and correct."

**EXECUTED** on this 28th day of April 2020.

                              _____/\_s/\_U.Lawrence Boze'

                              **U. Lawrence Boze', Declarant**