UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DALIO HOLDINGS I, LLC, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-CV-01882 |
| | § | |
| WCW HOUSTON PROPERTIES, LLC, | § | |
| | § | |
| Defendant. | § | |

**UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL, DESIGNATION OF LEAD COUNSEL AND
<u>WITHDRAWAL OF CERTAIN COUNSEL FOR DALIO I AND DALIO II</u>**

Plaintiff, Dalio Holdings I, LLC ("Dalio II") and Cross Defendant Dalio Holdings II, LLC ("Dalio II") seek to substitute new counsel for present counsel, Jeff Joyce and Joyce + McFarland LLP (together, J+M LLP), to designate new lead counsel and to permit the withdrawal of J+M LLP.

1. U. Lawrence Boze' has entered an appearance for Dalio I. Dalio II seeks permission to substitute Boze' as counsel for Dalio II. Full contact information for Boze' is as follows:

> U. Lawrence Boze'
> U. Lawrence Boze' & Associates, P.C.
> State of Texas Bar No. 02801600
> Federal ID No. 6174
> 2212 Blodgett
> Houston, Texas 77004
> Telephone: (713) 520-0260
> Facsimile: (713) 520-6194
> Email Address: Bozelaw@aol.com

2. Dalio I and Dalio II seek to designate Boze' as lead counsel.

3. Upon the substitution, present counsel requests they be permitted to withdraw from any further role in this case.

PRAYER

WHEREFORE, Dalio I and Dalio II request the court permit the substitution of new counsel, the designation of lead counsel and the withdrawal of Jeff Joyce and Joyce + McFarland LLP.

Respectfully submitted,

**U. Lawrence Boze' & Associates, P.C.**

By: /s/ U. Lawrence Boze'
U. Lawrence Boze'
State of Texas Bar No. 02801600
Federal ID No. 6174
2212 Blodgett
Houston, Texas 77004
Telephone: (713) 520-0260
Facsimile: (713) 520-6194
Email Address: Bozelaw@aol.com

**ATTORNEY FOR PLAINTIFF
DALIO HOLDINGS I, LLC**

**JOYCE + MCFARLAND**

By: /s/ *Jeff Joyce*
Jeff Joyce
State Bar No. 11035400
Federal ID No. 10762
712 Main Street, Suite 1500
Houston, Texas 77002
Telephone: 713.222.1113
Facsimile: 713.513.5577
jjoyce@jjoyce@jmlawyers.com

3

                               **ATTORNEY FOR PLAINTIFF**
                               **DALIO HOLDINGS I, LLC and**
                               **DALIO HOLDINGS II, LLC**

## CERTIFICATE OF CONFERENCE

I hereby certify that Kevin Powers, counsel for WCW Properties Houston, LLC, has advised that he is unopposed to this motion on the condition that new counsel not seek a continuance. Counsel will not seek a continuance.

                                                */s/ U. Lawrence Boze'*
                                                U. Lawrence Boze'

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was served in a manner prescribed by the Federal Rules of Civil Procedure on May 6, 2020 to:

M. Kevin Powers
Porter & Powers, PLLC
1776 Yorktown, Suite 300
Houston, Texas 77056
(713) 621-0700 (tel)
(713) 621-0709 (fax)
kevin@porterpowers.com

                                          By: */s/ Jeff Joyce*
                                                Jeff Joyce