United States District Court
Southern District of Texas
**ENTERED**
May 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DALIO HOLDINGS I, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-01882 |
| | § | |
| WCW HOUSTON PROPERTIES, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

This case is set for trial May 26, 2020. Special Order H-2020-9 states:

1. All jury trials (criminal and civil) scheduled to begin from this date until July 6, 2020, are continued, to a date to be reset by each presiding judge.

Trial related settings are hereby cancelled. Counsel in this matter are requested to advise the court within ten (10) days from the entry of this Order whether the case is likely to be resolved or whether a trial will be necessary. If a settlement is likely, counsel should advise the court of a date range, (14, 30, 60 days) within which the court may anticipate the filing of final dismissal papers. If a trial is likely, counsel should advise the court of an agreed upon date range for a trial date and, if necessary, submit a proposed revised scheduling order.

It is so ORDERED. 05/11/2020.

_____
The Honorable Alfred H. Bennett
United States District Judge