IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DALIO HOLDINGS I, LLC,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action Number: 4:18-cv-01882 |
| **WCW HOUSTON PROPERTIES, LLC,** | § § § | |
| *Defendant.* | § | |

### CERTIFICATE OF NON-OPPOSITION

Defendant WCW Houston Properties, LLC ("WCW") files this Certificate of Non-Opposition.

On April 28, 2020, Plaintiff Dalio Holdings I, LLC filed its Motion for Leave for a One Day Extension of Time to File Plaintiff Dalio Holdings I, LLC's Reply to Defendant WCW Houston Properties, LLC's Response to Plaintiff's First Amended Motion for Summary Judgment for Good Cause (the "Motion").  [Docket 84].

WCW is unopposed to the Dalio's request for an extension of time to file a reply brief as set forth in the Motion.

Respectfully submitted,

By: */s/  M. Kevin Powers*
M. Kevin Powers--*Attorney in Charge*
State Bar No. 24041715
1776 Yorktown, Suite 300
Houston, TX 77056
(713) 621-0700 (tel)
(713) 621-0709 (fax)
kevin@porterpowers.com

OF COUNSEL:

**PORTER & POWERS, PLLC**
1776 Yorktown, Suite 300
Houston, TX 77056
(713) 621-0700 (tel)
(713) 621-0709 (fax)

                                 **ATTORNEYS FOR WCW HOUSTON PROPERTIES, LLC**

## CERTIFICATE OF SERVICE

      A true and correct copy of the foregoing was served on all parties entitled to receive notice through the court's ECF system on May 12, 2020.

                                 */s/ M. Kevin Powers*
                                 M. Kevin Powers