UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Dalio Holdings I, LLC

v.  Case Number: 4:18−cv−01882

WCW Houston Properties, LLC

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:** by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 5/28/2020

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   May 22, 2020

David J. Bradley, Clerk